UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) )    3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Jamie Anderson v. Bayer Corporation et al* | No. 09-cv-10207-DRH |
| *Francisca Anderson v. Bayer Corporation et al* | No. 09-cv-10208-DRH |
| *Wendy Allen v. Bayer Corporation et al* | No. 12-cv-11398-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 14, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
Deputy Clerk

**Dated:**  July 14, 2014

Digitally signed by
David R. Herndon
Date: 2014.07.14
16:25:38 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**